**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STEVEN R. HINKLE,**                                  No. C09-05105 SBA

        **Plaintiff,**                                  ORDER

        v.

**MICHAEL J. ASTRUE,**

        **Defendant.**
_____/

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings.  Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to confer regarding reassignment and to file, on or before January 15, 2010, a letter stating whether or not the parties consent to reassignment of this matter to Magistrate Judge Vadas.  If the parties so consent, the matter will be transferred.  The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form

requested by Magistrate Judge Vadas.

IT IS SO ORDERED.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

2